**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| VIRGINIA ROJAS-GARCIA, | |
| DEBTOR | NO. 19-05205 |
| | JUDGE: Hollis |

## ORDER IMPOSING THE AUTOMATIC STAY AS TO CERTAIN CREDITORS ONLY

THIS MATTER , coming on to be heard on the motion of the Debtor, the Court

having jurisdiction over the parties and subject matter, and having heard argument from

U.S. Bank National Association, not in its individual capacity but solely as trustee for the

RMAC Trust, Series 2016-CTT as serviced by Rushmore Loan Management Services,

LLC, through their counsel Shapiro,Kreisman & Associates, LLC, and argument from

Debtor counsel David M. Siegal & Associates, and being otherwise advised;

WHEREAS the sale of the property commonly known as 1960 Edmonds Avenue,

New Lenox, Illinois 60451 and subject to the mortgage of U.S. Bank National

Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series

2016-CTT was conducted on February 28, 2019, prior to the motion of Debtor to impose a

stay, and

WHEREAS, per the 7th Circuit's decision in Norma I. Colon v. Option One

Mortgage Corporation, No. 02-2593 decided February 11, 2003, said sale was

conducted in compliance with Illinois mortgage foreclosure law and takes the property

out of Debtor's bankruptcy estate, and

WHEREAS the Debtor did not obtain a stay under Section 362 of the Bankruptcy

Code prior to the conducting of the sale on February 28, 2019, now therefore,

IT IS HEREBY ORDERED that:

1.    No bankruptcy stay applies to U.S. Bank National Association, not in its individual

capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and

assigns;

2.    U.S. Bank National Association, not in its individual capacity but solely as trustee

for the RMAC Trust, Series 2016-CTT, its successors and assigns, is free to seek further

in rem remedies as permitted by Illinois statute with respect to said property in a court of

competent jurisdiction;

3.    The stay under Section 362 of the Bankruptcy Code is imposed as to all other

creditors except U.S. Bank National Association, not in its individual capacity but solely as

trustee for the RMAC Trust, Series 2016-CTT, its successor and assigns

Dated:  MAR 1 5 2019

Enter: _____
           /Bankruptcy Judge

Michael Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as
trustee for the RMAC Trust, Series 2016-CTT
15-076589