IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                    )
                                     )    Chapter 13
VIRGINIA ROJAS-GARCIA,               )    Case No. 19-05205
                                     )    Judge: HOLLIS
          Debtor(s).                 )

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Virginia Rojas-Garcia, 1960 Edmonds Ave., New Lenox, IL 60451
Shapiro Kreisman & Associates, LLC, 2121 Waukegan Rd., Ste. 301
Bannockburn, IL 60015
Shapiro Kreisman & Associates, LLC, 209 S. LaSalle St., Ste. 970, Chicago, IL 60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432, and in the following courtroom (or any other place posted), and present the attached **Debtor's Motion to Vacate Order** at which time and place you may appear.

          JUDGE:    HOLLIS
          DATE:     May 3, 2019
          TIME:     10:45 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: <u>April 15, 2019</u>              <u>/s/ David M. Siegel</u>
                                             David M. Siegel, A.R.D.C. #6207611
                                             Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                        )
                                         )     Chapter 13
VIRGINIA ROJAS-GARCIA,                   )     Case No. 19-05205
                                         )     Judge: HOLLIS
          Debtor(s).                     )

## MOTION TO VACATE ORDER

. NOW COMES, THE DEBTOR, VIRGINIA ROJAS-GARCIA, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1)    Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2)    On February 28, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. The plan is not yet confirmed. That Glenn Stearns was appointed Trustee in this case.

3)    Debtor filed a Motion to Impose the Automatic Stay on March 8, 2019. This motion was granted on March 15, 2019.

4)    At the hearing for the Motion to Impose the Automatic Stay on March 15th, the Court asked for a draft order to be filed by March 29, 2019, (docket #21) as US Bank National Association, not in its individual capacity but solely as trustee for the RMAC trust, Series 2016-CTT as serviced by Rushmore Loan Management Services, LLC, through their counsel Shapiro, Kreisman & Associates, LLC had an objection to that motion.

5)    The draft order that was filed and ultimately signed by Judge Hollis was prepared by the creditor, US Bank, and not this law firm, (Docket # 22 and 23). We do not agree with this order as it includes inappropriate and unnecessary findings of fact and conclusions of law that should not be included, as a hearing has not been held regarding these issues. (See exhibit A).

6)    We ask that the Court vacate the ordered on March 15, 2019, and enter the new order provided. This new order remains the same, in the fact that it does not impose the automatic stay on US Bank National Association.

WHEREFORE, the DEBTOR, VIRGINIA ROJAS-GARCIA, prays that this Honorable Court enter an Order to Vacate the Order as to the Motion to Impose the Automatic Stay, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

# EXHIBIT
# A

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS |
| | UNDER CHAPTER 13 |
| VIRGINIA ROJAS-GARCIA, | |
| | NO. 19-05205 |
| DEBTOR | JUDGE: Hollis |

## ORDER IMPOSING THE AUTOMATIC STAY AS TO CERTAIN CREDITORS ONLY

THIS MATTER , coming on to be heard on the motion of the Debtor, the Court

having jurisdiction over the parties and subject matter, and having heard argument from

U.S. Bank National Association, not in its individual capacity but solely as trustee for the

RMAC Trust, Series 2016-CTT as serviced by Rushmore Loan Management Services,

LLC, through their counsel Shapiro,Kreisman & Associates, LLC, and argument from

Debtor counsel David M. Siegal & Associates, and being otherwise advised;

WHEREAS the sale of the property commonly known as 1960 Edmonds Avenue,

New Lenox, Illinois 60451 and subject to the mortgage of U.S. Bank National

Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series

2016-CTT was conducted on February 28, 2019, prior to the motion of Debtor to impose a

stay, and

WHEREAS, per the 7th Circuit's decision in Norma I.  Colon v. Option One

Mortgage Corporation, No. 02-2593 decided February 11, 2003, said sale was

conducted in compliance with Illinois mortgage foreclosure law and takes the property

out of Debtor's bankruptcy estate, and

WHEREAS the Debtor did not obtain a stay under Section 362 of the Bankruptcy

Code prior to the conducting of the sale on February 28, 2019, now therefore,

IT IS HEREBY ORDERED that:

1.     No bankruptcy stay applies to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and assigns;

2.     U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and assigns,  is free to seek further in rem remedies as permitted by Illinois statute  with respect to said property in a court of competent jurisdiction;

3.     The stay under Section 362 of the Bankruptcy Code is imposed as to all other creditors except U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successor and assigns

Dated:  **MAR 1 5 2019**

Enter: _____
/Bankruptcy Judge

Michael  Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
15-076589