UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-05205 |
| VIRGINIA ROJAS-GARCIA, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER TO VACATE ORDER AND IMPOSE AUTOMATIC STAY**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, the due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) This motion is GRANTED.  The Order entered on March 15, 2019, docket no. 23 is vacated.

2) The automatic stay is imposed as to all creditors, except that which is listed in paragraph three of this order, pursuant to 11 USC Sec. 362(c)(3), until such time as any given creditor obtains relief therefrom after notice and a hearing.

3) The automatic stay is not imposed as to US Bank National Association, not in its individual capacity but solely as trustee for the RMAC trust, Series 2016-CTT as serviced by Rushmore Loan Management, LLC for the property located at 1960 Edmonds Ave., New Lenox, IL  60451.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 03, 2019

**Prepared by:**

David M. Siegel, ARDC #6207611
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com