**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Virginia Rojas-Garcia | ) | Case no. 19-05205 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge:  Pamela S. Hollis |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Virginia Rojas-Garcia
1960 Edmonds Ave
New Lenox, IL  60451

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Please take notice that on Friday, August 2, 2019 at 11:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor' Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, July 25, 2019.

/s/ Jenn Karmia

For:  Glenn Stearns, Trustee

---

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307(c) and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on February 28, 2019.

2. The debtor have failed to commence making timely plan payments.

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307(c).

Respectfully Submitted;

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888